UNITED STATES of America, Plaintiff–Appellee,

v.

Joseph GADY, Defendant–Appellant.

No. 02–6030.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 26, 2002.

Joseph Gady, Appellant Pro Se. Robert Hayden Bickerton, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

**242**

PER CURIAM.

Joseph Gady seeks to appeal the district court's judgment denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gady,* Nos. CR–96–985; CA–00–641–9–08 (D.S.C. Sept. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*